## A98A0636. FLEMING v. THE STATE.
### (536 SE2d 608)

POPE, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Fleming v. State*, 271 Ga. 587 (523 SE2d 315) (1999), our decision in *Fleming v. State*, 233 Ga. App. 483 (504 SE2d 542) (1998), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Johnson, C. J., Andrews, P. J., Blackburn, P. J., Smith, P. J., Ruffin and Eldridge, JJ., concur.*

DECIDED JUNE 29, 2000.

*Patricia A. Buttaro*, for appellant.

*William T. McBroom III, District Attorney, Randall K. Coggin, Assistant District Attorney*, for appellee.